UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

NANCY LABARBERA,

               Plaintiff,

     - against -

FINNEGAN'S GRILL,

               Defendant.

------------------------------------------------------x

FILED
U.S. DISTRICT COURT
2006 JUN 29  A II: 0?
S.D. OF N.Y. W.P.

Docket No.:

**JUDGE ROBINSON**

**ECF CASE**

**COMPLAINT**

**06 CIV. 5012**

**PLAINTIFF DEMANDS
A JURY TRIAL**

Plaintiff, **NANCY LABARBERA**, by her attorneys, **GOODSTEIN & WEST**, complaining of defendant, alleges as follows:

1.    This is an action for injunctive relief, compensatory and punitive damages on behalf of Plaintiff. This suit is authorized pursuant to the Age Discrimination in Employment Act (29 U.S.C. §621 et. seq.), and the New York State Human Rights Law (N.Y.S. Executive Law §296). Jurisdiction of this Court is invoked pursuant to 29 U.S.C. §255 and under the principle of pendent jurisdiction. Jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 29 U.S.C. §621 et. seq., and the New York State Executive Law §290 et. seq. (Human Rights Law), providing for equitable and legal relief against age discrimination in employment.

2.    Plaintiff, NANCY LABARBERA, (hereinafter "LABARBERA," or "Plaintiff"), a female citizen of the United States, resides in Putnam County in the State of New York. Plaintiff is forty (40) years of age having been born on September 21, 1965.

3.      Defendant, FINNEGAN'S GRILL (hereinafter "GRILL"), is a business in New York State with locations at 1006 Broadway, Thornwood, New York 10594, Lake Mahopac, New York, and Yorktown, New York.

4.      Defendant is an employer subject to the Age Discrimination in Employment Act (29 U.S.C. §621 *et. seq.*).  Upon information and belief, defendant has employed twenty (20) or more employees for each working day in each of twenty (20) or more calendar weeks in the current or preceding calendar year.  Defendant is also an employer as defined by Human Rights Law (N.Y.S. Executive Law §290 *et. seq.*).

## FACTS

5.      On or about December 19, 2005, Plaintiff filed a charge with the Equal Employment Opportunity Commission, and received a Notice of Right to Sue, dated June 13, 2006.  This Complaint is filed within ninety (90) days of said receipt of the Notice of Right to Sue.  (A copy of the charge is annexed hereto as **Exhibit 1**; a copy of the Notice of Right to Sue is annexed as **Exhibit 2**.)

6.      Plaintiff was employed by Defendant at its Thornwood address as a bartender commencing July 2005.  Her work has always been satisfactory and has never been criticized. Plaintiff has an extensive resumé working as a bartender and has worked in the past training other employees.

7.      On September 21, 2005, Plaintiff informed co-employees and supervisors that it was her birthday.  Plaintiff was asked how old she was.  Being born in 1965, Plaintiff informed them that she was 40 years of age.  Plaintiff was told that she did not look so old.

8.      The very next week, on September 28, 2005, Plaintiff's employment was terminated.

9.     Plaintiff was told by Defendant that it needed her spot to bring individuals who worked at its Mahopac location to its Thornwood location so as to give them sufficient hours.

10.     However, Defendant advertised in the local Penny Saver to fill openings at a third location, in Yorktown, New York. (Copies of advertisements are annexed to this Complaint as **Exhibit 3.**)

11.     Plaintiff was not given the option to transfer to the Yorktown location in lieu of being terminated.

12.     Had Plaintiff been given the option to transfer to the Yorktown location, plaintiff would have accepted the transfer as it is closer and more convenient to her home.

13.     Defendant acted with malice and/or reckless indifference to Plaintiff's rights.

14.     Defendant's action was a willful violation of the Age Discrimination and Human Rights Laws prohibiting discrimination in employment.

### AS AND FOR A FIRST CAUSE OF ACTION

15.     By terminating plaintiff from her position because of her age, Defendant has violated the ADEA (29 U.S.C. §621 *et. seq.*) and committed an unlawful discriminatory practice as related to employment.

### AS AND FOR PLAINTIFF'S PENDENT
### STATE CAUSE OF ACTION

16.     Defendant is an employer as that term is defined by the New York State Human Rights Law.

17.     Plaintiff was discriminated against by defendant when defendant discharged her from her employment because of her age in violation of the New York Human Rights Law (Executive

-3-

Law §290 *et. seq.*).

WHEREFORE, plaintiff demands judgment against defendant as follows:

On plaintiff's ADEA Cause of Action:

1.      A mandatory injunction awarding plaintiff back pay, front pay and benefits from September 28, 2005;

2.      reasonable attorney's fees; and

3.      liquidated damages equal to the amount of back pay;

4.      together with such other costs and disbursements of this action.

On plaintiff's Pendent State Claim:

(a)      Damages of $250,000;

(b)      together with applicable interest; and

(c)      such other and further relief as to the Court seems just and proper.

JURY DEMAND      Plaintiff demands a jury trial on all claims.

DATED:      New Rochelle, New York
                  June 22, 2006

Yours, etc.

GOODSTEIN & WEST

BY: _____
ROBERT DAVID GOODSTEIN (RDG5443)
Attorneys for Plaintiff
NANCY LABARBERA
56 Harrison Street, Suite 401
New Rochelle, New York   10801
(914)632-8382

-4-

# EXHIBIT 1

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | EEOC | | 160-2006-01071 |

State or local Agency, if any

and EEOC

NAME *(Indicate Mr., Ms., Mrs.)*
NANCY LABARBERA

HOME TELEPHONE *(Include Area Code)*
(845) 282-8094

STREET ADDRESS
40 YORKTOWN ROAD, CARMEL, NEW YORK 10512

CITY, STATE AND ZIP CODE

DATE OF BIRTH
9/21/65

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

NAME
FINNEGAN'S GRILL

NUMBER OF EMPLOYEES, MEMBERS
Above 20

TELEPHONE *(Include Area Code)*
(914) 747-7574

STREET ADDRESS
1006 BROADWAY, THORNWOOD, NEW YORK 10594

CITY, STATE AND ZIP CODE

COUNTY
WESTCHESTER

NAME

TELEPHONE NUMBER *(Include Area Code)*

STREET ADDRESS

CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

| | RACE | | COLOR | | SEX | | RELIGION | xx | AGE |
| | RETALIATION | | NATIONAL ORIGIN | | DISABILITY | | OTHER *(Specify)* | | |

DATE DISCRIMINATION TOOK PLACE
EARLIEST *(ADEA/EPA)*        LATEST *(ALL)*
9/28/05

| | CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

See Annexed

RECEIVED
DEC 19 2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — *(When necessary for State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

*Nancy Anne LaBarbera*

Date

Charging Party *(Signature)*

SIGNATURE OF COMPLAINANT
*Nancy Anne LaBarbera*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(Day, month, and year)*
17th Dec 2005

EEOC FORM 5 (Test 10/94)

DONNA LARNEY
Notary Public, State of New York
No. 01LA6106800
Qualified in Dutchess County
My Commission Expires March, 15, 2008

**NANCY LABARBERA**
**EEOC CHARGE OF DISCRIMINATION - PARTICULARS**

1.  I was employed by Respondent Finnegan's Grill at the above referred to address as a bartender commencing July 2005. My work has always been satisfactory and has never been criticized.  I have a extensive resume working as a bartender and have worked in the past training other employees.

2.  On September 21, 2005, I informed co-employees and supervisors that it was my birthday. I was asked how old I was.  Being born in 1965, I informed them that I was 40 years of age. I was told that I did not look so old.

3.  The next week on September 28, 2005 my employment was terminated.  I was told by the employer that they needed my spot to bring individuals who worked at their Mahopac location to Thornwood to give them sufficient hours.  However, they have been advertising openings at a third location, in Yorktown, New York in the local PennySaver. (A copy of recent advertisements is annexed to this charge.)

4.  If I had been asked I would have transferred to the Yorktown location as it is closer to my home and more convenient for work.

# EXHIBIT 2

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Nancy Labarbera<br>40 Yorktown Road<br>Carmel, NY 10512 | From: New York District Office - 520<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 160-2006-01071 | Sean J. Oliveira,<br>Investigator | (212) 336-3760 |

*(See also the additional information enclosed with this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

☐ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)

_____          6/13/06
**Spencer H. Lewis, Jr.,**                    *(Date Mailed)*
**Director**

cc: **FINNEGAN'S GRILL**          **Robert D. Goodstein, Esq.**
**1006 Broadway**                **56 Harrison Street, Suite 401**
**Thornwood, NY 10594**          **New Rochelle, NY 10801**

# EXHIBIT 3

## Target in Mt. Kisco



Monthly bus pass or train pass will be provided

**Full Time Overnight Team Leader Positions Available.**
Competitive wages, medical & dental insurance, paid vacation and sick time, 401K plan, EEOC.
**Apply in person 195 N. Bedford Rd. Mt. Kisco**
**914-602-0004**

# HELP WANTED EXCHANGE

### AUTO LUBE/TIRE TECH
FT/PT. Great entry level position for those interested in pursuing a career in the automotive field. Must have some oil change experience. Great opportunity in a growing, fast paced automotive company. Training available.
**845-628-7900**

### AUTO LUBE/TIRE TECH
Largest and best equipped repair shop around. F/T or P/T Benefits.
**845-878-1000**

### AUTO PARTS COUNTER
Danbury has an immediate opening for an experienced parts Counterperson. We have a beautiful, clean, air conditioned state of the art dealership to work in. To apply call Mark Krisko at 203-546-6830 Confidentiality assured. DANBURY VOLKSWAGEN. 29 Sugar Hollow Rd. Danbury

### AUTO SALES
Busy new car dealership is looking for experienced sales people. Salary + comm. 401K, paid vacation, 5 days, demo allowance. Heartland Acura Group. Please contact Peter Maher at 845-296-1152, cell 914-489-7437 or pmaher@frontiernet.net

### AUTO SALES CAREER TRAINING PROGRAM
$50,000 First Year with up to $500 per week guaranteed during training program. 5 day week. No Sundays. 401K, medical. Openings for sales oriented men or women. ADZAM AUTO SALES. Call Barry Schaen. 914-241-2000.

### AUTO SALES PERSON
Brewster Honda, the number 1 Honda dealer, is looking for New &Used sales people to add to our team. This is a great opportunity for an extremely motivated individual. We offer excellent pay plan w/medical benefits and 401K. For an interview call Robert, 845-278-4100

### AUTO SERVICE LOT ATTENDANT/PORTER
Must have clean driver's lic. Responsible for light building maintenance. F/time, paid vacation, 401K. Med. Call Mike Ellsworth, CURRY HONDA 914-739-7601.

### AUTO TECH
Class A or B needed for high-vol import store. 401K, paid vac., medical and many others. High earning potential for a quality tech (3100k+). Call Mike Ellsworth at 914-739-7601. CURRY HONDA or e-mail ellsworth@curryhonda.com

### AUTO TECH
USED CAR DEPT. Multi-Brand Knowledge required. Paid vac, medical & 401K. Call Mike Ellsworth at CURRY HONDA 914-739-7601 or Email: ellsworth@curryhonda.com

### AUTO TECHNICIAN
Busy, overloaded repair shop in need of an experienced auto tech. Salary + comm, training, paid vacation, 401K, 5 day workweek, salary based on experience. Top dollar paid. Call Peter Maher at 845-296-1152, cell 914-489-7437 or pmaher@frontiernet.net

### AUTO TECHNICIANS
Sonic Chevrolet (Yorktown Heights) hiring A/B/C technicians. We're moving fast! Superior benefits/pay. Call John Vallen, service mgr. sonicchevrolet@gmail.com
**914-734-8000**

---

PENNYSAVER November 9, 2005
Place an ad: (914)962-3871 or (845)298-8178
Visit our internet site: www.nypennysaver.com

### AUTO TECHNICIANS
Same Yorktown Location, new ownership. Bill Volz's Westchester Chrysler Dodge is looking for ambitious, people to join our auto group. Paid vacations, 401K, profit sharing, medical and dental. Join the Volz auto group with 7 locations in 2 states. Please call Ken Kepler at 845-225-8468 or email: kennkepler@hotmail.com

## AUTO TECHS
Join our Team "Experienced" Land Rover Technicians. Great pay, bonus. 401K match, medical, paid vacations. Land Rover Mt. Kisco, contact Steven Silvestri 914-241-7200, x244. 100% Confidential

### AUTOBODY WANTED
Painter, minimum 5 years experience with own tools and guns. Call 914-762-1199.

### AUTOMOTIVE ADVISOR DISPATCHER
Knowledge of Westchester and Rockland. Able to answer phones and dispatch service calls. Stiloski's Automotive. 914-631-3500

### AUTOMOTIVE BILLING/DMV
Must have current DMV Exp. Process registrations, new & used car billings. FT. Excellent salary and benefit pkg. Call Toyota - Scion North Mount Kisco 914-666-5181 Ext. 825

### AUTOMOTIVE PAINTER
Busy Repair Shop looking for a quality painter with experience in high end vehicles. Salary depends on you! Call Ross 914-762-9871.

### AUTOMOTIVE PARTS MANAGER
Rapidly growing dealership seeks a Parts Manager to join our CSI driven team. If the thought of working in a new ultra modern facility with a successful, progressive dealership excites you, this is the position. We require a minimum of 5 years dealership experience, strong computer skills and a positive attitude. Experience with VW OR ADP A PLUS. We offer excellent compensation and benefits package, a great environment and the support you need to succeed. Apply by e-mail to HR@danburyvw.com for fax resume to 203-744-4180. Strict confidentially assured. DANBURY VW. 25 Sugar Hollow Road, Danbury Ct.

### AUTOMOTIVE RECEPTIONIST
Seeking mature, personable individual to direct telephone traffic, take messages & light Clerical duties. Prior Automotive experience a plus. Sat. 8am-6pm, Sun. 12Noon-4pm. Fax resume to 914-528-7538 or email to jmcdonald@geisauto.com or apply at Geis Automall, Mon-Fri 9am-4pm.

### AVON
A CAREER OR EXTRA INCOME! CALL FOR INFORMATION. FREE GIFT. Independent rep.
**1-800-464-8066**

### AVON
Join Avon. Special - Only $10 Startup Fee. Earnings up to 50%. Free Gift. Avon Independent Representative
**914-482-0438**

### AVON SS
Sell from home or work. Earn extra $$. General information line. 1-800-796-2622. Ind. Sales Rep.

### AVON SALES
Representatives Wanted! Earn extra money for the holidays and have lots of fun! Call April to set up appointment.
**914-227-0259**

### BARBER/HAIRDRESSERS WANTED
FT/PT. Experienced/Licensed for Jefferson Valley Shop. Cut Zone Unisex.
**914-243-4247**

### BARTENDER NEEDED
HOLY SMOKE RESTAURANT, Route 6N, Mahopac. Apply in person between 11:30am-4:30pm.

### BARTENDER TRAINING
Day, Evening & Weekend Classes. Hands on training, Same location for 17 yrs. Free lifetime job placement. NATIONAL BARTENDER SCHOOL. Call Now. Lic. by the NYS Ed Dept.
**914-949-8888**

### BARTENDERS
Needed for busy Bar & Grill in Yorktown. Fill out application in person. FINNEGAN'S GRILL OF YORKTOWN - directly next to K-MART.
**914-962-7771**

### BARTENDERS - Earn $100 - $250 Per Shift. All Shifts Available. No Experience Necessary. Will train. 516-692-5556

### BOOKKEEPER - PT
Pub/Ad Agency in Mount Kisco. Must be computer literate, daytime to your schedule, up to 20hrs. Fax resume 914-242-5422 to Rick or rl_abd@yahoo.com

11/10/2005  13:12    8452256226          PUTNAM ONE STOP CTR                              PAGE  03

# HELP WANTED EXCHANGE

**PENNYSAVER** October 19, 2005
Place an ad: (914)962-3871 or (845)298-8178
Visit our Internet site: www.nypennysaver.com

**TRIMMER**
Finish guy. Must have experience in interior & exterior trim, Decks also. Must have own transportation. Salary depends on experience. 914-403-0819.
914-962-2968

**TRUCK DRIVER WANTED**
Delivery driver wanted for a reputable granite and marble firm located in White Plains. Clean drivers license, CDL, class B required. Experience with knuckle boom and crane a plus. Ask for Paul.
914-997-7988

**TUTOR AVAILABLE:**
**ENGLISH LANGUAGE ARTS:** NYS Certified, experienced teacher will tutor all English levels/areas including **SAT, PSAT, Regents, and NYS ELA** Test. 845-526-2620
914-924-7645

**TUTORING AVAILABLE**
Chemical engineer available to tutor high school students in Chemistry, Physics and related subjects. Call Jeremy
845-519-4986

**TUTORS AVAILABLE**
Tutors available for math and science. We can help your child at all grade levels, from elem. homework, through Regents test prep and SATs. Certified teachers only.  Also, in search of certified teachers. Call Sharon at Stone Tutoring.
914-584-3154

**UNDERWRITER/MORTGAGES**  **FT**
Experienced. Excellent pay, excellent benefits. Great work environment. Please call 914-447-2199

**VALET PARKER**  **FT**
Excellent salary & benefits. Must have clean valid drivers license. People friendly, good communicator. Call John Hunt, Toyota North, Mount Kisco.
914-666-2262

**VETERINARY ASSISTANT**
S.P.C.A. of Westchester seeking experienced individual to join our team. No nights or weekends. Call 914-844-9900; fax resume - 914-273-7852

**VETERINARY ASSISTANT/TECHNICIAN**
Busy Animal Hospital in Ridgefield seeking dependable people to be part of our healthcare team. Experience a plus. Fax resume to 203-431-4941 or call 203-431-4444.

**VETERINARY TECHNICIAN**
Licensed Veterinary Technician for busy 3-doctor, small animal practice in Northern Westchester. Flexible schedule, includes some Saturdays. Experience preferred. Licensed or License eligible only. Fax resume to 914-736-9618
914-736-9500

**VETERINARY TECHNICIAN**
LOVE ANIMALS? Like People? This is where you should be working. Yorktown Animal Hospital needs motivated, happy people as Receptionists, Technicians & Vet Assistants. Fax resume 914-962-5011 or call Mia 914-962-3111.

**VETERINARY TECHNICIAN, LICENSED**
Seeking Experienced Licensed Technicians for a face paced growing state of the art 24hr emergency hospital. Call Colleen at Katonah Bedford Veterinary Center Fax resume to: 914-241-7708
914-241-7700

**VIDEO PRODUCTION ASSISTANTS**
Free Lance Assistants for TV Production Crew. Some Experience Required. Up to $150 a Day.
914-941-2357

**VOLUNTEERS NEEDED**
Please lend a Helping Hand to a senior in your community by assisting with grocery shopping, friendly visits, and medical transportation. Your Elderly Neighbor Really Needs your Support!! Dominican Sisters Family Health Service/DSFHS Senior Community Care. 914-941-1951 ext 16.

**WAIT STAFF**  **FT/PT**
Servers and Bussers wanted for upscale country club in Westchester County. Experienced preferred but will train. Please call Henry 914-941-8070, ext. 409, fax: 914-941-6101 or email: hamaya@sleepyhollowcc.org

**WAITER/WAITRESS**  **FT/PT**
Experienced. Apply in person at Gerardo's Pizzeria and Restaurant, 451 East Main St, Mt. Kisco.
914-733-0221

**WAITER/WAITRESS**
Must have experience. Italian restaurant. Contact Maria or Vincent. 914-762-9200

**WAITRESS**
FT lead position. Salary plus tips. Some benefits. Friendly family restaurant environment. Mahopac area.
845-208-3543

**WAITRESS**
For busy Restaurant/Sports Bar in Brewster/North Salem area. Will train. nights & weekends.
845-278-7900

**WAITRESS**
Experience necessary for Diner.  FT 6am to 3pm. Serious inquiries only. Ask for Dario or Anita.
914-734-2055

**WAITRESS**  **PT/FT**
Family style restaurant. Excellent working conditions. Evening & Weekend hours. GRANDMA'S.
914-739-7770

**WAITRESS**
Experience necessary, for Busy Tarrytown Coffee Shop.  Call John.
914-332-0444

**WAITRESS**
Experience necessary for Italian Restaurant/Pizzeria. Currently hiring for Saturday lunch, Mon & Tues Dinner, with fill-in for weekends. Apply in person SILVIO'S Restaurant, Rose Hill Shopping Center, Thornwood. Ask for Mike.
914-769-6077

**WAITSTAFF**
Position available for experienced server. Weekends required. Casual Italian restaurant Il Forno Trattoria, 343 Route 202, Somers, NY.
914-277-7575

**WAITSTAFF**
Experienced waitstaff needed for busy family restaurant in Yorktown. Must be available weekdays. Apply in person Finnegans Grill of Yorktown. (Directly next to Kmart)
914-962-7771

**WAITSTAFF**
Experienced Servers wanted Full and part Time, must be familiar with POS System's Ask for Jim 845-278-8900 Tues-Sat.
845-278-8900

**WAITSTAFF**
GRAPEVINE GRILL opening soon. Seeking energetic, hardworking, experienced and dependable waitstaff/busboys & bartender for FT/PT positions. Call 914-490-0171, Tony.

**WAITSTAFF WANTED**
Putnam County Bar and Restaurant looking for experienced waitstaff and bartenders. Busy and fun atmosphere.
914-378-5277

**WAREHOUSE OPENINGS**
Join CARQUEST as a warehouse associate at our Armonk location where we offer a state of the art warehouse that encourages personal growth and rewards performance. New increased starting pay plus generous quarterly increases, fully paid union medical benefits and 3 shifts available (FT/PT). Please call 914-765-8656 to schedule interview. Own transportation a must.

**WAREHOUSE**
ALL SHIFTS! Ethan Allen Staffing has temp to hire opportunities at the Gap Distribution Center in Fishkill! Reliable transportation a must.  Drug & background check required.  Great pay! Call  845-896-7766 or 845-471-9667 TODAY! ETHAN ALLEN STAFFING.

**WAREHOUSE**
Busy event planner looking for hard workers for party setups and breakdowns. Mostly Wknds. Heavy lifting. $10/hr. Call Sandy, 914-777-3817.

**WAREHOUSE ORDER SELECTOR**
Sunday-Thursday ovenings. Heavy lifting required. Good pay & benefits +bonus. Great opportunity for right person. Company located in Brewster 914-347-3244 ext. 8807, leave message.

**WAREHOUSE**
Shipping & Receiving Clerk. Must be able to lift 70+ lbs. Brewster location, needed to start immediately. Starting pay $9.00 hr. Please call for application 845-278-7570.

**WAREHOUSE TRUCK HELPER**
Four 10hr days, hard work, $10.50/hr.
914-784-7175

**WAREHOUSE**
Warehouse positions available. In Dutchess County area. 2nd & 3rd shifts avail. General warehouse duties, steady lifting, standing for long periods. For more info... Call MANPOWER 845-462-6000

**WAREHOUSE WORKER**
4 day week, 8:30AM-4:30PM. Assembly work, Ossining area. Must have clean Drivers license. No experience needed, we will train. Please fax resume and references to: 914-762-4983.

**WAREHOUSE/DOCK PERSON**  **FT/PT**
For electric and lighting distributor. Call Wayne - ext. 102.
914-686-3700

**WAREHOUSE/DRIVER**
Approximately 30-35hrs/wk. Flexible hours. Dependable, responsible, clean license, Monday-Thursday. Call 11am-3pm.
914-241-9522

**WEB DESIGN/EBAY**  **PT/FT**
Computer savvy - List on Ebay, Web design work. Resume to: pleasantvillejewelers@hotmail.com

# HELP WANTED EXCHANGE

**PENNYSAVER** October 12, 2005
Place an ad: (914)962-3871 or (845)298-8178
Visit our Internet site: www.nypennysaver.com

**VETERINARY ASSISTANTS**
We are looking for experienced individuals for a fast-paced 24/7 emergency, general and referral animal hospital located in Bedford Hills. We need motivated individuals to join our team. Competitive wages, benefits and excellent working conditions. FT Call Liz Caico 914-241-7700; Fax resume: 914-241-7708 or Email: cackert@kbvetcenter.com

**VETERINARY TECHNICIAN**                                **914-736-8500**
Licensed Veterinary Technician for busy 3-doctor, small animal practice in Northern Westchester. Flexible schedule. Includes some Saturdays. Experience preferred. Licensed or License eligible only. Fax resume to 914-736-9618

**VETERINARY TECHNICIAN, LICENSED**                      **914-241-7700**
Seeking Experienced Licensed Technicians for a face paced growing state of the art 24hr emergency hospital. Call Colleen at Katonah Bedford Veterinary Center Fax resume to: 914-241-7708

**WAIT PERSON**                       **PT**              **914-273-4676**
Experienced. For busy Armonk Restaurant.

**WAITER**
Part Time weeknights and weekends - Retirement residence in Yorktown. Call Frank 914-962-3625 Tuesday thru Saturday.

**WAITER/WAITRESS**
Must have experience. Italian restaurant. Contact Marla or Vincent. 914-762-9200

**WAITER/WAITRESS**
Needed for busy Pawling restaurant. Night shifts. Experience required. Please call 845-855-0800.

**WAITER/WAITRESS**            **PT/ FT**               **914-232-9619**
For Lunch and Dinner Shifts. Serious Inquires only. Experience necessary. Call to Inquire.

**WAITPERSON**                                          **845-222-3806**
Must have excellent customer relations and neat appearance. Mahopac area.

**WAITRESS**                                            **845-208-3543**
FT lead position. Salary plus tips. Some benefits. Friendly family restaurant environment. Mahopac area.

**WAITRESS**                                            **914-739-7770**
Family style restaurant. Excellent working conditions. Evening hours. GRANDMA'S.

**WAITRESS**                                            **914-769-6077**
Experience necessary for Italian Restaurant/Pizzeria. Currently hiring for Saturday lunch, Mon & Tues Dinner, with fill- in for weekends. Apply in person SILVIO'S Restaurant, Rose Hill Shopping Center, Thornwood. Ask for Mike.

**WAITSTAFF**                                           **914-669-5450**
Professional Waitstaff. Vox Restaurant in North Salem looking for professional person experienced in Fine Dining. Motivated, Reliable, passionate & mature. Superior Customer service, good knowledge of food & wine. Excellent opportunity. Call Jean or email jlebris@optonline.net or apply in person.

**WAITSTAFF**                                           **914-245-2191**
FT/PT, experienced only. Yorktown Diner, ask for Kathi. Evenings and weekends a must.

**WAITSTAFF**                                           **914-277-7575**
Position available for experienced server. Weekends required. Casual Italian restaurant ILForno Trattoria, 343 Route 202, Somers, NY.

**WAITSTAFF**                                           **914-962-7771**
Experienced waitstaff needed for busy family restaurant in Yorktown. Must be available weekdays. Apply in person Finnegans Grill of Yorktown. (Directly next to Kmart)

**WAITSTAFF**                  **PT**
For Restaurant in Irvington with experience. Call 914-591-2525.

**WAITSTAFF**
Banquet Staff. Weekends a must. Experience preferred. Reliability a must! Please contact Unique Affair Catering 914-769-5010 or fax resume 914-769-2446 or e-mail uniaff@aol.com

**WAITSTAFF NEEDED**                                    **914-241-2447**
Italian Restaurant, Mount Kisco. FT/PT available. Experienced preferred.

**WAITSTAFF NEEDED**                                    **914-528-2585**
For Mohegan Diner. Apply in person: 1880 RT.6, Mohegan Lake.

**WAITSTAFF**
Some experience necessary. FT/PT positions available, Friday, Saturday 3rd shifts available. Leave message 845-278-0622

**WAITSTAFF WANTED**          **FT**                    **203-438-8282**
For Upscale French Restaurant in Ridgefield. Experience Neccesary. Only 20 min. from N.Westchester. Ask for Patrick

**WAREHOUSE**
**ALL SHIFTS!** Ethan Allen Staffing has temp to hire opportunities at the Gap Distribution Center in Fishkill! Reliable transportation a must. Drug & background check required. Great pay! Call 845-896-7788 or 845-471-9667 TODAY! ETHAN ALLEN STAFFING.

**WAREHOUSE/INVENTORY CONTROL FT**
Mon-Fri, 8am-4pm. Duties include shipping, receiving, pulling and packing orders, checking orders for accuracy/completeness. High attention to detail. Quick learner and ability to be flexible. Ability to lift up to 75lbs. Ability to handle multi-tasks and UPS System. Previous experience a plus. Paid holidays, vacations and benefits. Send resume and salary requirements to: TASA, Attention Vicky Flanagan. P.O. Box 382, Brewster, NY 10509 or fax 845-277-8103. EOE

**WAREHOUSEMAN**                                        **914-592-0020**
AC/Heating distributor needs warehouseman for Elmsford branch. Good opportunity for motivated individual. Forklift experience helpful. 401K, profit sharing, and benefits available. Steve. Fax resume: 914-592-0291

**WINDOW & SIDING INSTALLERS**                          **914-438-0249**
PT work available, 3-4days/wk. Top pay for right people. Year-round work. Wintertime interior work: Kitchens, Bathrooms & Carpentry work.

**WORK AT HOME.**
Pack order for mail order glove business. You must check email and drop packages at Post Office daily. Reliable. References required. 914-764-0115.

**WRITER/REPORTER**                                     **914-432-8623**
Full time writer needed to cover local news in Westchester. Full description at http://www.ossining.com/jobs

# ESPAÑOL TRABAJOS

**LA AYUDA CONTRARIA & FABRICANTE de PASTEL**
Experimentó fabricantes de pastel y a dependientes para completamente nueva tienda en compras nuevas centrales. En casa compras de Estación centrales. Jody or Vinny 917-709-9561, 845-278-9500

## PONGA SU ANUNCIO EN ESPAÑOL!
Anuncie su negocio por medio de esta Publicacion en Español y alcance la mas rapida expancion del Mercado segmento en Westchester.

# BOAT & ACCESSORIES EXCHANGE

**19.5' AQUA SPORT**                                    **914-273-4970**
140hp + 6hp, Evenrude motors, convertible top, 4whl Trailor, CB, CHF, depth finder, wash-down, self bailing. Sacrifice $3,000

**1980 SEARAY 30' TWINTURBO DIESEL**                    **203-570-0684**
Must sell moving. $16,500obo. Stanford, CT. Great condition. Available $4,000 electronics, $7,000 3 axel trailer, stainless marlin tower.